07-16479

## APPLICATION AND ORDER TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 274.00 in installments.

2.  I certify that I am unable to pay the Filing Fee except in installments.

3.  I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4.  I propose the following terms for the payment of the Filing Fee. *

$ _____ 68.50   Check one ☒ With the filing of the petition, or
                           ☐ On or before

$ _____ 68.50   on or before  10-11-07

$ _____ 68.50   on or before  11-9-07

$ _____ 68.50   on or before  12-11-07

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 11 2007

**KENNETH S. GARDNER, CLERK
PS REP. - SW**

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____
Signature of Attorney          Date

Signature of Debtor          Date

_____
Signature of Joint Debtor     Date  9/10/07

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court